AO 451 (Rev. 01/09)  Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
Northern District of Iowa

| | |
|---|---|
| Fraserside IP L.L.C., <br> *Plaintiff* <br> v. <br> Mark Faragalla and Mina Faragalla, et. al., <br> ~~Defendant~~ | ) EDCV12 MISC35 <br> ) <br> ) Civil Action No. C11-3032 <br> ) <br> ) |

RECEIVED AUG 31 2012

FILED 2012 OCT -9 PM 3:39 CLERK U.S. DISTRICT COURT CENTRAL DISTRICT CALIF. RIVERSIDE

**CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT**

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*  02/13/2012  .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date: 8/31/2012

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

FEE PAID