IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

FRASERSIDE IP L.L.C., )
                      )
        Plaintiff,    )   No. C11-3032-MWB
                      )
vs.                   )
                      )   JUDGMENT
MARK FARAGALLA and    )   IN A CIVIL CASE
MINA FARAGALLA d/b/a  )
www.PornVisit.com and )
John Does 1-100 and John Doe )
Companies 1-100,      )
                      )
        Defendant.    )

This matter came before the Court and

IT IS ORDERED AND ADJUDGED

Judgment is entered in accordance with the attached Memorandum Opinion and Order Regarding Plaintiff's Motion For Default Judgment.

Dated: FEB 1 4 2012

ROBERT L. PHELPS
Clerk

/s/ des
(By) Deputy Clerk

APPROVED BY:

*[signature]*
MARK W. BENNETT
District Court Judge

I, the undersigned Clerk of the United States District Court for the Northern District of Iowa, do certify that the foregoing is a true copy of an original document remaining on file and record in my office.
WITNESS my hand and seal of said Court this 31ST day of Aug, 20 12.
Robert L. Phelps, Clerk
By _____ Deputy